UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rayfort Knight,

    Petitioner,

v.                                        Civil No. 09-2293 (JNE/JSM)
                                          ORDER

B.R. Jett, Warden,

    Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Janie S. Mayeron, United States Magistrate Judge, on September 13, 2010. The magistrate judge recommended that Rayfort[1] Knight's petition, which was brought under 28 U.S.C. § 2241, be dismissed with prejudice because Petitioner has not served 75% of his sentence and is therefore not eligible for home detention under the Second Chance Act of 2007. Petitioner objected to the Report and Recommendation. Petitioner admits that he has served 17 years of his sentence, which is less than 75% of his 292-month term of imprisonment. (Objections 1.) The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Petitioner's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 14, 2010

                                                                    s/ Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge

---

[1] In his petition and briefs, Petitioner spells his given name "Rayfort." The Bureau of Prisons ("BOP"), however, spells it "Rayford." Both the BOP and Petitioner indicate that Petitioner's prisoner register number is 41807-053.